# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SONNY TRINH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MSCRIPTS, LLC,<br><br>Defendant. | Civil No. 2:23-cv-01478<br><br>Judge James L. Graham<br><br>Magistrate Judge Elizabeth P. Deavers |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Sonny Trinh hereby dismisses this action without prejudice. The parties will bear their own costs.

Dated: June 1, 2023

Respectfully submitted,

By: /s/ Michael J. Boyle, Jr.

Michael J. Boyle, Jr. (Bar No. 0091162)
mboyle@meyerwilson.com
MEYER WILSON CO., LPA
305 W. Nationwide Blvd
Columbus, OH 43215
Phone Number: 614-224-6000
Fax: 614-224-6066

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for Defendants who are registered with ECF.

/s/ Michael J. Boyle, Jr.
Michael J. Boyle, Jr.,
